UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAWN COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-CV-485 |
| | ) |
| PENTAGROUP FINANCIAL, LLC and | ) Jordan/Guyton |
| MS. YOUNG, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Dawn Cooper, and Defendant, Pentagroup Financial, LLC, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against the named defendants in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own costs and fees.

Respectfully submitted this 5th day of May, 2010.

/s Alan C. Lee by JDP w/perm.  
Alan C. Lee, BPR #012700  
P.O. Box 1357  
Morristown, TN 37816-1357  
(423) 581-0924 (phone)  

Attorney for Dawn Cooper, Plaintiff

/s Jerome D. Pinn  
Jerome D. Pinn, BPR #017848  
Mary Moffatt Helms BPR #12729  
Wimberly Lawson Wright Daves & Jones, PLLC  
550 Main Avenue, Suite 900  
P.O. Box 2231  
Knoxville, TN 37901-2231  
(865) 546-1000 (phone)  

Attorneys for Pentagroup Financial, LLC & Keena Young, Defendants